THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JEREMIAH CURTIN, Appellant.

Court of Special Sessions, City of New York, Appellate Part, Second Department, January 20, 1932.

*Robert A. Kelly* [*George Kelly* of counsel], for the appellant.

*William F. X. Geoghan, District Attorney* [*Thomas J. Sefton* of counsel], for the respondent.

PER CURIAM. The facts adduced upon the trial before the magistrate clearly established that the defendant operated the car in a reckless and negligent manner and at a fast rate of speed so as to endanger the life of the firemen and the fire apparatus herein and in fact did occasion damage to the fire apparatus and injury to the firemen.

The fact that the complaint herein cites subdivision 2 of section 17 of chapter 24 of the New York Code of Ordinances, instead of citing subdivision 1 of said section, is not fatal in this case inasmuch as the complaint sets forth specifically and clearly the facts constituting the violation and the defendant was fully apprised of the charge against him.

This case is, therefore, clearly distinguishable from *People* v. *Zambounis* (251 N. Y. 94) and *People* v. *Daus* (135 Misc. 41).

Judgment affirmed.

All concur; present, KERNOCHAN, P. J., FETHERSTON and SALOMON, JJ.